```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21060
   CYNTHIA M MEDIOUS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5209


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
HOMEQ SERVICNG CORPORATI  CURRENT MORTG         .00              .00             .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     1343.78              .00             .00
HOMEQ SERVICNG CORPORATI  MORTGAGE ARRE         .00              .00             .00
COUNTRYWIDE HOME LENDING  NOTICE ONLY     NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED              .00             .00
HOMEQ SERVICING           NOTICE ONLY     NOT FILED              .00             .00
HOMEQ SERVICING CORP      NOTICE ONLY     NOT FILED              .00             .00
AMC MORTGAGE SERVICES     UNSECURED       NOT FILED              .00             .00
AMERICREDIT FINANCIAL SV  UNSECURED       NOT FILED              .00             .00
ASPIRE                    UNSECURED       NOT FILED              .00             .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED       NOT FILED              .00             .00
CAPITAL ONE               UNSECURED          806.05              .00             .00
CAPITAL ONE               UNSECURED          851.27              .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED        13299.76              .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED          469.83              .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED         3620.90              .00             .00
RBS CITIZENS NA           UNSECURED         2128.87              .00             .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY     NOT FILED              .00             .00
HSBC BANK NEVADA NA       UNSECURED         2630.98              .00             .00
ECAST SETTLEMENT          UNSECURED         1807.65              .00             .00
ECAST SETTLEMENT CORP     UNSECURED          741.13              .00             .00
HOMEQ SERVCING            NOTICE ONLY     NOT FILED              .00             .00
CHECK N GO                UNSECURED       NOT FILED              .00             .00
CITIFINANCIAL             NOTICE ONLY     NOT FILED              .00             .00
CITIBANK/SEARS            UNSECURED       NOT FILED              .00             .00
COUNTRYWIDE HOME LENDING  UNSECURED       NOT FILED              .00             .00
F & W LIC                 UNSECURED       NOT FILED              .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED              .00             .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED              .00             .00
GMAC MORTGAGE CORPORATIO  UNSECURED       NOT FILED              .00             .00
HAF                       UNSECURED       NOT FILED              .00             .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 21060 CYNTHIA M MEDIOUS

```
HORSESHOE CASINO HAMMOND  UNSECURED       NOT FILED              .00            .00
MERRICK BANK CORP         UNSECURED       NOT FILED              .00            .00
NEW CENTURY MORTGAGE COR  UNSECURED       NOT FILED              .00            .00
NICOR GAS                 UNSECURED       NOT FILED              .00            .00
PEOPLES GAS               UNSECURED       NOT FILED              .00            .00
SALLIE MAE                UNSECURED       NOT FILED              .00            .00
SST COLUMBUS BK & TRUST   UNSECURED       NOT FILED              .00            .00
WASHINGTON MUTUAL/PROVID  UNSECURED       NOT FILED              .00            .00
WELLS FARGO               UNSECURED       NOT FILED              .00            .00
DEUTSCHE BANK NATIONAL    MORTGAGE NOTI   NOT FILED              .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     3,354.00                          3,238.11
TOM VAUGHN                TRUSTEE                                             279.89
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               3,518.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   3,238.11
TRUSTEE COMPENSATION                               279.89
DEBTOR REFUND                                         .00
                     ---------------      ---------------
TOTALS                3,518.00                   3,518.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 21060 CYNTHIA M MEDIOUS